

Chambers of
**ANNA J. BROWN**
United States District Judge

**United States District Court**
DISTRICT OF OREGON
United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204
Chambers (503) 326-8350
FAX (503) 326-8359

November 15, 2011

Ms. Janet Adams
1371 N.W. 162nd Avenue
Portland, OR 97230

    Re: *United States v. Janet E. Adams*, CR 07-118-BR

Dear Ms. Adams:

    As you know, in response to your October 3, 2011, letter requesting expungement of your criminal conviction for Theft of Property Used by the Postal Service (in violation of 18 U.S.C. § 1707), the government filed an argument in opposition to your request. In particular, the government points out that the Court does not have the authority to expunge this conviction because it still stands as a lawful judgment, and, in any event, you have not established that yours is an extreme circumstance that would justify such relief. I agree with the government's analysis and, therefore, must deny your request.

    I commend you for the positive efforts you have made to gain even temporary employment. I recommend you contact the Better People program at 4310 N.E. Martin Luther King Blvd., Portland, OR 97211, 503/281-2663, which has as one of its missions the goal of helping convicted persons secure productive employment despite their conviction histories.

                                 Sincerely,

                                   Anna J. Brown
                                   United States District Judge

cc: AUSA Stephen F. Peifer